The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Lamar Shelton Brown
   v. Commonwealth of Virginia
   Record No. 0184-17-2
   Opinion rendered by Judge Beales on
   March 20, 2018

2. Donald Dravell Robinson
   v. Commonwealth of Virginia
   Record No. 1923-16-4
   Opinion rendered by Chief Judge Huff on
   April 3, 2018

3. Braulio M. Castillo
   v. Loudoun County Department of Family Services
   Record No. 1499-17-4
   Opinion rendered by Chief Judge Huff on
   April 3, 2018

4. Debra Levy
   v. Wegman's Food Markets, Inc.
   Record No. 1634-17-4
   Opinion rendered by Judge Humphreys on
   April 3, 2018

5. Kevin Cody
   v. Commonwealth of Virginia
   Record No. 0599-17-4
   Opinion rendered by Judge Humphreys on
   April 17, 2018

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Antonio Passaro, Jr.
    v. Virginia State Police
   Record No. 0328-16-1
    Opinion rendered by Judge Beales
      on February 21, 2017
    Refused (170378)

On May 31, 2018 the Supreme Court issued opinions in the following cases, which had been appealed from this Court

1. Patricia Ann Gerald
   v. Commonwealth of Virginia
   Record No. 1931-15-2
   Memorandum opinion rendered by Chief Judge Huff on December 27, 2016
   Judgment of Court of Appeals affirmed
   (161844)

2. Tarsha M. Gerald
   v. Commonwealth of Virginia
   Record No. 1967-15-2
   Memorandum opinion rendered by Chief Judge Huff on December 27, 2016
   Judgment of Court of Appeals affirmed
   (170356)

3. Antonio Ricardo Lewis
   v. Commonwealth of Virginia
   Record No. 1210-16-1
   CAV petition for appeal denied by Judge O'Brien on February 10, 2017
     and by Judges Beales, Russell and Senior Judge Frank on April 5, 2017
   Judgment of Court of Appeals affirmed
   (170518)